IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT D. CARTER
ADC #088351                                                                                      PLAINTIFF

V.                              CASE NO. 2:15-CV-00039 BSM/BD

CARL MCCREE, et al.                                                                          DEFENDANTS

## ORDER

The partial recommended disposition filed by Magistrate Judge Beth Deere has been received. No objections have been filed. After careful consideration, it is concluded that the recommendation should be, and hereby is, approved and adopted in its entirety.

Carter's claims against the defendants in their official capacity are dismissed without prejudice.

IT IS SO ORDERED this 22nd day of April 2015.

_____
UNITED STATES DISTRICT JUDGE