**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ROBERT D. CARTER**                                                              **PLAINTIFF**
**ADC #088351**

**v.**                      **CASE NO. 2:15-CV-00039 BSM**

**CARL MCCREE, et al.**                                           **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere and plaintiff's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment [Doc. No. 24] is granted, and Carter's claims are dismissed with prejudice.

2. Carter's motion for summary judgment [Doc. No. 34] is denied as moot.

IT IS SO ORDERED this 17th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE